**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CIVIL MINUTES**

Phoenix Division

 CV 16-08300-PCT-JAT      DATE: 4-5-17
Year    Case No.

HON: JAMES A. TEILBORG

Jennifer Gereghty                v. RevSolve Incorporated
Plaintiff(s)                        Defendant(s)

Deputy Clerk: Maureen Williams    Court Reporter: Liz Lemke

Avraham Cutler [not present]         N/A
Plaintiff(s) counsel                 Defense counsel

=================================================================================
**PROCEEDINGS**:   X  Open Court    _Chambers    _ SEALED

This is the time set for Order to Show Cause Hearing.  Plaintiff's counsel having failed to appear and the Court having received nothing in writing responding with cause, it is the finding of the Court that no cause has been shown as to why this matter should not be dismissed for failing to serve the Defendant within the time limits of Federal Rule of Civil Procedure 4(m).  Therefore,

IT IS ORDERED dismissing this matter without prejudice.

Hearing held 3:28 p.m. to 3:29 p.m.